**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6543**

BOYD MIZE,

　　　　　　　Plaintiff - Appellant,

　　　v.

STEPHEN M. HERRICK, Acting Director; DOCTOR  MILITANA, M.D.,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge. (1:10-cv-01124-GBL-TRJ)

Submitted: August 20, 2012　　　　Decided: August 30, 2012

Before AGEE, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Boyd Mize, Appellant Pro Se.  Allyson Kurzmann Tysinger, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Rosalie Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Boyd Mize appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mize v. Herrick, No. 1:10-cv-01124-GBL-TRJ (E.D. Va. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED